UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | Crim. No. 98-320 (FLW) |
| v. | AMENDED |
| KEVIN J. FLANDERS | **ORDER SETTING** |
| | **CONDITIONS OF RELEASE** |

This matter having come before the Court on the bail application of the defendant, Kevin J. Flanders, (Alison Brill and Lisa Van Hoeck, AFPD appearing on behalf the defendant) as presented in Court on October 22, 2013; and there being no opposition from either the United States, Paul J. Fishman, United States Attorney for the District of New Jersey (Sarah M. Wolfe, Assistant United States Attorney, appearing on behalf of the United States) or from the United States Probation Office to the proposed bail conditions; and for the reasons set forth on the record:

IT IS, therefore, on this 22nd day of October, 2013,

ORDERED that, pending a hearing on the Violation of Supervised Release, currently scheduled for November 7, 2013, before the Honorable Freda L. Wolfson, the defendant shall be released from custody to home confinement with electronic monitoring and only permitted to leave his residence for drug treatment as approved by U.S Probation; and it is further

ORDERED that all other conditions of the defendant's supervised release shall remain in effect until further order of the Court.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge